FILED: 11/19/2015

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>OUR VALLEY FENCE, INC., a California corporation; CAROL DEAN KING, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO. CV 14-09084 MMM(JPRx)<br><br>[PROPOSED] JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company, and Defendants, OUR VALLEY FENCE, INC., a California corporation and CAROL DEAN KING, an individual, and good

294827.1

cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

Judgment is entered in in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, San Diego County Construction Laborers Pension Trust Fund; San Diego Construction Advancement Fund 2003; and Southern California Partnership For Jobs Industry Advancement Fund (hereinafter collectively "TRUST FUNDS"), and against Defendants, OUR VALLEY FENCE, INC., a California corporation ("EMPLOYER"), and CAROL DEAN KING, an individual ("KING") as follows:

A.  For the principal sum of $250,000.00 against OUR VALLEY FENCE, INC., a California corporation and of the $250,000.00 principal amount due, CAROL DEAN KING, an individual, is individually jointly and severally liable with EMPLOYER for the sum of $194,408.26 covering the period from January 10, 2010 to August 2015 ("JUDGMENT".)

B.  The money JUDGMENT to be entered in this action is for known delinquencies incurred for the period from January 2010 to August 2015, based upon reports submitted by EMPLOYER covering time periods from June 2011 to August 2015; and audits of EMPLOYER's records covering time periods from January 2010 to May 2015 ONLY.  EMPLOYER and KING have stipulated that since the audit of EMPLOYER'S records did not cover the entire period of June 2015 to August 2015,  , if any additional amounts are discovered to be owed by EMPLOYER during this time

294827.1

1 period, the money judgment in this action shall not operate as a bar and/or have <u>res
2 judicata</u> effect or any other limitation of any legal right of the Plaintiff or TRUST
3 FUNDS to determine and seek collection of any amount due, or that comes due by
4 EMPLOYER and/or KING to any one or more of the TRUST FUNDS during the
5 period from June 2015 to August 2015..

DATED:    11/19/2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

294827.1